UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ELDER GONZALEZ PEREZ
Petitioner,

v.

TODD BLANCHE, et al.,
Respondents.

Case No.: 26-CV-5818 JLS (AHG)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 1)

Presently before the Court is Petitioner Elder Gonzalez Perez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1). Also before the Court is Respondents' Return to Petition for a Writ of Habeas Corpus ("Ret.," ECF No. 4). Petitioner, a citizen of Guatemala, alleges that he entered the United States on April 17, 2019, and he was then released on parole. Pet. ¶¶ 2–3. On September 24, 2026, immigration officials arrested Petitioner and he has been detained at Otay Mesa Detention Center since then. *Id.* ¶ 3. Petitioner alleges that his continued detention violates the Due Process Clause of the Fifth Amendment. *Id.* ¶ 4.

Respondents state that Petitioner is subject to detention under 8 U.S.C. § 1226(a) and therefore "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." Ret. at 3. The Court finds that Petitioner is entitled to release. *See, e.g.*, *Noori v.*

*LaRose*, 807 F. Supp. 3d 1146, 1163–67, 1169 (S.D. Cal. 2025) (granting release under similar facts); *Tran v. LaRose*, No. 26-CV-2653 JLS (GC), 2026 WL 1303166, at *1–3 (S.D. Cal. May 12, 2026) (same); *Antonio v. LaRose*, No. 26-CV-2387-LL-MMP, 2026 WL 1215037, at *1–3 (S.D. Cal. May 4, 2026) (same).

Accordingly, the Court **GRANTS** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting parole. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of his parole and a hearing before a neutral decision maker to determine whether detention is warranted. The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

The Parties are **ORDERED** to file a Joint Status Report by October 26, 2026, confirming that Petitioner has been released. As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge